### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LOUIE F. LAWYER,** | Civil File No. 2:13-cv-02331-CM-KGG |
| and | |
| **TERESA L. MURRAY-LAWYER** | |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **OLIPHANT FINACIAL, LLC,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: October 24, 2013      By: /s/ J. Mark Meinhardt
J. Mark Meinhardt, # 20245
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
Telephone:   (913) 827-1950
Email:   meinhardtlaw@gmail.com
**ATTORNEY FOR PLAINTIFF**